UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Lisa Babel</u>

    v.                        Case No. 05-cv-206-SM

<u>Curran Management Services, Inc.</u>


<u>Tammy Koehler</u>

<u>    </u>v.                        Case No. 05-cv-208-SM

<u>Curran Management Services, Inc.</u>


    Re: Document No. 11, Response to Order to Show Cause

    Ruling:

    While it is decidedly questionable whether this case was properly or timely removed, it does not appear necessary to resolve those issues in light of the Plaintiff's notice (document no. 12) indicating her intent to file a Title VII claim (presumably exhausted), over which this court will have federal question jurisdiction, and indicating her lack of opposition to the Defendant's objection to remand. The court will not order remand, deeming all objections to removal to have been waived by the Plaintiff.



Date:  September 8, 2005

cc:  H. Jonathan Meyer, Esq.
     Douglas A. Troyer, Esq.
     Thomas O. Moriarty, Esq.