UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tammy Koehler

       v.               Civil No. 05-cv-208-SM

Curran Management Services, Inc.

O R D E R

Counsel for the plaintiff moved to withdraw on grounds that his client was no longer in contact and could not be reached. The court granted the motion and the clerk duly mailed written notice to the plaintiff, at her last known address, of counsel's withdrawal and her obligation to appear either pro se or through new counsel on or before June 15, 2006. That notice has been returned as undeliverable. Pursuant to Local Rule 83.6 this case is dismissed, without prejudice, effective June 16, 2006, without further order, unless by that plaintiff has either filed an appearance pro se or through new counsel.

    SO ORDERED.

June 14, 2006

                                      Steven J. McAuliffe
                                      Chief Judge

cc:    H. Jonathan Meyer, Esq.
        Ellen Purcell, Esq.
        Douglas A. Troyer, Esq.
        Thomas O. Moriarty, Esq.
        Tammy Koehler